AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Wilson, Stephen V. | 2. Court or Organization  U.S. District Court | 3. Date of Report  06/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U.S. District Court
312 N. Spring Street, Room 217J
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sovereign Santander Bank | mortgage - real estate (Capri) | P2 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. El Dorado - Real Estate-Partner | D | Dividend | O | W | | | | | |
| 2. Harbor City Mobile Park - Partner | D | Dividend | M | W | | | | | |
| 3. Sandpiper LTD - Partner | D | Dividend | M | W | | | | | |
| 4. Capital - Partner -Sacramento CA | C | Dividend | M | W | | | | | |
| 5. Capri - NY, NY | G | Rent | P2 | W | | | | | |
| 6. Malibu - Elmhurst, NY | G | Rent | P1 | W | Sold (part) | 04/30/12 | M | F | Ou |
| 7. BONDS: | | | | | | | | | |
| 8. City Natl Bank Ckg Acct | | None | M | T | | | | | |
| 9. City Natl Bank Ckg Acct and MM #2 | | None | J | T | | | | | |
| 10. BROKERAGE ACCT #1 | | | | | | | | | |
| 11. UB Highmark Div. MM | | None | | | Redeemed | 08/23/12 | J | | |
| 12. " " " " | | None | M | T | Buy (add'l) | 12/3/12 | M | | |
| 13. CA St GO | | None | P4 | T | | | | | |
| 14. LA CA Uni Scl Dist | | None | L | T | | | | | |
| 15. Alameda Cnty Pension Plan | | None | | | Redeemed | 12/03/12 | M | | |
| 16. Baldwin Park CA Uni Schl Dist | | None | L | T | | | | | |
| 17. CA ST RANS | | None | | | Redeemed | 06/26/12 | O | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. " " " | | None | O | T | Buy | 8/23/12 | O | | |
| 19. BROKERAGE ACCT #2 | | | | | | | | | |
| 20. MSSB MM Funds | | None | O | T | | | | | |
| 21. US Treas Note | | None | | | Redeemed | 08/13/12 | N | | |
| 22. U.S. Treas Note | | None | | | Redeemed | 07/12/12 | N | | |
| 23. GNMA | | None | | | Redeemed | 02/12/12 | J | | |
| 24. BROKERAGE ACCT #3 | | | | | | | | | |
| 25. IRA - Charter Prime MM Fund | | None | P1 | T | | | | | |
| 26. GNMA | | None | J | T | | | | | *see explanation |
| 27. GNMA | | None | J | T | | | | | *see explanation |
| 28. Merchants Bk of IN CD | | None | M | T | Buy | 01/18/12 | M | | |
| 29. " " " " | | None | | | Redeemed | 04/18/12 | M | | |
| 30. Safra Natl Bk CD | | None | M | T | Buy | 01/17/12 | M | | |
| 31. " " " " | | None | | | Redeemed | 07/17/12 | M | | |
| 32. Beal Bank Nev CD | | None | M | T | Buy | 01/18/12 | M | | |
| 33. " ' " " | | None | | | Redeemed | 07/18/12 | M | | |
| 34. Goldman Sachs Bk CD | | None | M | T | Buy | 01/11/12 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. State Bk India NY CD | | None | M | T | Buy | 01/11/12 | M | | |
| 36. Doral Bank Catano CD | | None | M | T | Buy | 01/30/12 | M | | |
| 37. CNI Gov't MM | | None | O | T | | | O | | *see explanation |
| 38. CA ST Bonds | | None | N | T | | | | | |
| 39. CA ST GO Bonds | | None | M | T | | | | | |
| 40. U.S. Treas Bill | | None | | | Redeemed | 01/19/12 | P1 | | |
| 41. GE Money BK CD | | None | | | Redeemed | 04/20/12 | M | | |
| 42. Sovereighn Bk CD | | None | M | T | Buy | 03/21/12 | M | | |
| 43. Amboy Natl Bk CD | | None | M | T | Buy | 03/28/12 | M | | |
| 44. Bank Hapoalim NY CD | | None | M | T | Buy | 03/27/12 | M | | |
| 45. BROKERAGE ACCT #4 | | | | | | | | | |
| 46. CA ST RFDG | | None | L | T | | | | | |
| 47. CA ST Var Purp | | None | M | T | | | | | |
| 48. CA ST RFDG | | None | L | T | | | | | |
| 49. CA ST Var Purp | | None | M | T | | | | | |
| 50. CA ST | | None | | | Redeemed | 12/03/12 | L | | |
| 51. CA GO | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CA St Var Purp | | None | K | T | | | | | |
| 53. RMA Fund Inc | | None | M | T | | | | | |
| 54. CA ST | | None | | | Redeemed | 09/4/12 | M | | |
| 55. CA ST | | None | | | Redeemed | 06/26/12 | M | | |
| 56. St of CA | | None | N | T | Buy | 08/23/12 | N | | |
| 57. BROKERAGE ACCT #5 | | | | | | | | | |
| 58. CA ST GO | | None | | | Redeemed | 05/1/12 | N | | |
| 59. JP Morgan Dep Acct | | None | P1 | T | | | | | |
| 60. State of CA | | None | M | T | | | | | |
| 61. CA ST RFDG | | None | L | T | | | | | |
| 62. US Treas Nts | | None | | | Redeemed | 04/16/12 | M | | |
| 63. CA ST | | None | L | T | | | | | |
| 64. Top Ships Inc | | None | K | T | | | | | |
| 65. BROKERAGE ACCT #6 | | | | | | | | | |
| 66. Bank Deposit Sweep - name changed in 2009 | | None | M | T | Buy (add'l) | 11/11/12 | M | | |
| 67. CA ST Var Purp | | None | M | T | | | | | |
| 68. CA ST Var Purp | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CA ST FGIC | | None | K | T | | | | | |
| 70. Fedl Hm Ln Bk | | None | K | T | | | | | |
| 71. US Treas | | None | K | T | | | | | |
| 72. CA ST Var Purp | | None | K | T | | | | | |
| 73. Fremont CA CTF | | None | | | Redeemed | 05/11/12 | K | | |
| 74. CA ST RFDG | | None | J | T | Redeemed (part) | 11/05/12 | L | | |
| 75. University CA RVS | | None | | | Redeemed | 05/15/12 | K | | |
| 76. CA ST | | None | K | T | | | | | |
| 77. CA ST | | None | K | T | | | | | |
| 78. CA ST | | None | M | T | | | | | |
| 79. CA ST Var Purp | | None | M | T | | | | | |
| 80. CA ST RFDG BE | | None | | | Redeemed | 11/05/12 | K | | |
| 81. CA ST UNREF Bal-Ref | | None | K | T | Redeemed (part) | 05/01/12 | J | | |
| 82. CA ST Water Res Dev-Ser | | None | K | T | | | | | |
| 83. CA ST | | None | L | T | | | | | |
| 84. Sacramento CA City | | None | | | Redeemed | 12/01/12 | L | | |
| 85. CA ST | | None | J | T | Redeemed (part) | 05/15/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CA ST GO | | None | K | T | | | | | |
| 87. US Treas Notes | | None | | | Redeemed | 06/15/12 | N | | |
| 88. CA ST Rev Antics Nts | | None | | | Redeemed | 06/26/12 | K | | |
| 89. CA ST | | None | O | T | Buy | 08/23/12 | O | | |
| 90. BROKERAGE ACCT #7 | | | | | | | | | |
| 91. Citibank Bk Dep Program | | None | M | T | Buy (add'l) | 08/20/12 | M | | |
| 92. CA ST | | None | M | T | | | | | |
| 93. CA ST Var Purp | | None | K | T | | | | | |
| 94. CA CT Var Purp | | None | L | T | | | | | |
| 95. CA ST Var Purp | | None | L | T | | | | | |
| 96. CA ST | | None | M | T | | | | | |
| 97. CA ST Var Purp | | None | M | T | | | | | |
| 98. CA ST | | None | M | T | | | | | |
| 99. CA ST Var Purp | | None | M | T | | | | | |
| 100. Discover Bank-DE CD | | None | | | Redeemed | 01/16/12 | M | | |
| 101. Bank of China CD | | None | | | Redeemed | 03/30/12 | M | | |
| 102. Banco Popular PR | | None | M | T | Buy | 04/18/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. " " " | | None | | | Redeemed | 05/18/12 | M | | |
| 104. Banco Popular PR | | None | M | T | Buy | 05/30/12 | M | | |
| 105. " " " | | None | | | Redeemed | 08/30/12 | M | | |
| 106. BROKERAGE ACCT #8 | | | | | | | | | |
| 107. ML Short Term Global Income Black Rock IRRA | | None | L | T | | | | | |
| 108. Mutual Fund - Muni Inv Trust | | None | J | T | | | | | |
| 109. CA ST | | None | | | Redeemed | 09/01/10 | J | | *see explanation |
| 110. CA ST | | None | | | Redeemed | 09/01/10 | L | | *see explanation |
| 111. CA ST | | None | L | T | | | | | |
| 112. CA ST | | None | K | T | | | | | |
| 113. CA ST | | None | K | T | | | | | |
| 114. ML Bank USA RASP CMA Fund | | None | O | T | | | | | |
| 115. Capmark Bank Midvale CD | | None | | | Redeemed | 05/7/12 | L | | |
| 116. Sallie Mae Bank, M. Utah | | None | | | Redeemed | 05/7/12 | L | | |
| 117. BROKERAGE ACCT #9 | | | | | | | | | |
| 118. CW Genl Govt Mny Mkt CIB | | None | | | Redeemed | 08/17/12 | J | | |
| 119. CA ST Rev | | None | O | T | Buy | 08/17/12 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. BROKERAGE ACCT #10 | | | | | | | | | |
| 121. MM Funds - RBC | None | | O | T | Buy (add'l) | 06/26/12 | O | | |
| 122. State of CA GO | None | | L | T | | | | | |
| 123. State of CA GO | None | | L | T | | | | | |
| 124. State of CA GO | None | | L | T | | | | | |
| 125. CA ST GO | None | | K | T | | | | | |
| 126. US Treas Note | None | | | | Redeemed | 04/30/12 | M | | |
| 127. State of CA 2011-12 Genl Purp | None | | | | Redeemed | 06/26/12 | N | | |
| 128. BROKERAGE ACCT #11 | | | | | | | | | *see explanation |
| 129. Bank Deposit Sweep | None | | P1 | T | Open | 08/1/12 | P1 | | |
| 130. Bank Baroda CD | None | | M | T | Buy | 03/20/12 | M | | |
| 131. " " " | None | | | | Redeemed | 09/27/12 | M | | |
| 132. Bank India NY CD | None | | M | T | Buy | 03/20/12 | M | | |
| 133. " " " " | None | | | | Redeemed | 09/26/12 | M | | |
| 134. Discover Bk CD | None | | M | T | Buy | 03/20/12 | M | | |
| 135. " " " | None | | | | Redeemed | 09/28/12 | M | | |
| 136. First Sec Bk Miss CD | None | | M | T | Buy | 03/20/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. " " " " | | None | | | Redeemed | 08/29/12 | M | | |
| 138. Discover Bank CD | | None | M | T | Buy | 10/29/12 | M | | |
| 139. Mizuho Corp Bank USA CD | | None | M | T | Buy | 10/29/12 | M | | |
| 140. Bank of India CD | | None | M | T | Buy | 10/24/12 | M | | |
| 141. Bank of China CD | | None | M | T | Buy | 10/26/12 | M | | |
| 142. Apple Bk for Svgs CD | | None | M | T | Buy | 10/31/12 | M | | |
| 143. Merrick Bank CD | | None | M | T | Buy | 10/31/12 | M | | |
| 144. BMW Bank Nrth America CD | | None | M | T | Buy | 11/09/12 | M | | |
| 145. Comenity Bank CD | | None | M | T | Buy | 12/10/12 | M | | |
| 146. BROKERAGE ACCT #12 | | | | | | | | | |
| 147. Pennsylvania ST | | None | M | T | | | | | |
| 148. " " | | None | M | T | | | | | |
| 149. ITT Corp | | None | K | T | | | | | |
| 150. Genl Mtrs | | None | | | Redeemed | 04/21/11 | K | | *see explanation |
| 151. FT Enhance Eqty | | None | J | T | | | | | |
| 152. General Elec Co | | None | K | T | | | | | |
| 153. Yuba | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI Liabilities:   Amended report -- Creditor is now Sovereign Santander Bank.

Part VII:   Investments and Trusts:

Line 26 & 27:   GNMA  -- in previous reports these funds were under IRA Charter Prime MM Fund.

Line 37 CNI Gov't MM --- part of the monies in this account was transferred to acct # 11 (new account)

Line 109 & 110:   CA ST --- these two were redeemed on September 1, 2010.

Line 128:---   Brokerage Account #11 ---- New Acct.   Funds were transferred from Brokerage Account #3 to open brokerage account #11
Lines 130-137 -- Brokerage Account #11 --   These CD's were previously with Brokerage Account #3 - transferred to Brokerage Account #11

Line 150 --   General Motors -- this was redeemed in 2011

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Stephen V. Wilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544